**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**,<br><br>**v.**<br><br>JULIO M. HERRERA-VELUTINI,<br>**Defendant.** | CRIMINAL NO. 25-297 (SCC) |

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

**TO THE HONORABLE COURT:**

COME NOW, the United States and Defendant, Julio M. Herrera-Velutini ("Mr. Herrera"), through their respective counsel, and jointly move the Court for an order continuing the sentencing hearing presently scheduled for December 10, 2025, to January 27, 28 or 29, 2026. In support of this joint motion, the parties state as follows.

Mr. Herrera's counsel has an unexpected conflict on December 10, 2025, and cannot attend the sentencing as scheduled. In addition, the months of December and January include multiple federal and local holidays that significantly constrain the availability of defense counsel which further supports a setting in late January to ensure adequate preparation and effective representation at sentencing. The requested continuance is sought in good faith to ensure that Defendant is adequately represented at sentencing and that counsel may fully prepare and present the necessary materials and argument to assist the Court.

The parties have conferred, and the United States joins this request.

**WHEREFORE**, the parties respectfully request that the Court grant this joint motion and continue the sentencing hearing from December 10, 2025, to January 27, 28 or 29, 2026, or any date thereafter as the Court deems appropriate.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4 th day of November 2025.

**DLA Piper (Puerto Rico) LLC**

/s/ Sonia I. Torres-Pabon
Sonia I. Torres-Pabon (USDC-PR No. 209310)
sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Ste. 401
San Juan, PR 00901-1969
Tel: 787-281-8100

**The LS Law Firm**

*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com

One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

**CONTINENTAL PLLC**
*/s/ Christopher M. Kise*
Christopher M. Kise (FBN 855545)
Admitted *Pro Hac Vice*
Primary Email: ckise@continentalpllc.com
Secondary Email: cforjet@continentalpllc.com
101 North Monroe Street, Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702

## CERTIFICATE OF SERVICE

It is hereby certified that on this date, the present motion is filed with the Clerk of the Court through the CM/ECF electronic system, which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*