# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**,<br><br>v.<br><br>JULIO M. HERRERA-VELUTINI,<br>**Defendant.** | CRIMINAL NO. 25-297 (SCC) |

## UNOPPOSED MOTION FOR AUTHORIZATION TO TRAVEL

**TO THE HONORABLE COURT:**

Julio M. Herrera-Velutini ("Mr. Herrera"), through his undersigned attorneys, requests the Court's authorization to travel from January 5 to January 29, 2026.

As part of the conditions of release set initially by the Honorable Magistrate Judge Lopez-Soler, Mr. Herrera is allowed to travel abroad if he seeks the Court's approval and that of the USPO and the DOJ trial attorneys. *See* Dkt. No. 80 of Case No. 22-342 at page 1. The same conditions of release were adopted in this case. Dkt. 14 of Case No. 25-297.

Mr. Herrera, who currently resides in the United Kingdom, has business commitments in the Middle East, Central America (El Salvador), and the Bahamas from January 5 to January 29, 2026. Mr. Herrera will travel to Puerto Rico on or before January 29, 2026, to attend his sentencing hearing.

Mr. Herrera has advised Pre-trial Services Officer Patricia Córdova-Pagán from the Puerto Rico District of his travel request, and she has no objection. Mr. Herrera will provide the Pretrial Officer with the details of his travel dates and the address where he will reside during his travel. Counsel for Mr. Herrera has also consulted with the Government, and it has no objection.

**WHEREFORE,** Mr. Herrera seeks the Court's authorization to travel from January 5 through January 29, 2026.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of December 2025.

**DLA Piper (Puerto Rico) LLC**

/s/ Sonia I. Torres-Pabon
Sonia I. Torres-Pabon (USDC-PR No. 209310)
sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Ste. 401
San Juan, PR 00901-1969
Tel: 787-281-8100

**The LS Law Firm**

*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com

One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

## CERTIFICATE OF SERVICE

It is hereby certified that on this date, the present motion is filed with the Clerk of the Court through the CM/ECF electronic system, which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*