# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

Julio HERRERA-VELUTINI

CASE NO. 3:25-cr-00297-SCC

USM # 19243-510

## JUDGMENT OF DISMISSAL

Defendant _____ Julio HERRERA-VELUTINI _____ has been charged with the offense(s) of:

52 U.S.C. Sections 30121 (Contribution by a Foreign National) and 30109(d)(1)A)(ii) (Penalties for Violations) and 18 U.S.C. Section 2.

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[✓] In view of the pardon issued by the President of the United States of America, and the defendant's acceptance of the same, the case is dismissed as MOOT.

[ ] The Court has granted the motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed without prejudice the charges for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges without prejducie, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on __ January 27, 2026 __.

*s/Silvia L. Carreño-Coll*

Silvia L. Carreño-Coll, U.S. District Judge